Hon. ANDREW ADAMS, Esq., Hon. CHARLES CHAUNCY, Esq., Hon. JESSE ROOT, Esq., Hon. ERASTUS WOLCOTT, Esq.

CHAMPION v. SPENCER ET AL.

In a writ of partition, the plaintiff must set forth the right and proportion he is entitled to in the estate, as a third, a fifth, etc.

WRIT OF PARTITION; declaring that the plaintiff and defendants were owners as tenants in common, of about 200 acres of land in East Haddam, and particularly described, in such manner and proportion that the plaintiff had right to have aparted and set out to him, in severalty, 14 acres 110 rods, equal in quality, situation, and privilege, with the rest of said land, and that the defendants have right to the remainder, etc.

Plea in abatement — 1st. That the plaintiff has not set out the proportions which the defendants have right to, among themselves. 2d. The declaration doth not state the proportion which the plaintiff is entitled to — but a certain quantity of land which may be impracticable to be set out to him.

Judgment — That the plea is sufficient, upon the last exception: It being immaterial and unnecessary to set out the defendants' proportions among themselves, for they may

not with a severance; but the plaintiff ought to have set forth the proportion he is entitled to have and hold in severalty.